**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-cv-21447-RS

CARLOS BRITO,

    Plaintiff,

v.

J P RENTAL INVESTMENTS LLC;
and LATIN CAFE & MINI
MARKET INC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, CARLOS BRITO, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action as to Defendant, J P RENTAL INVESTMENTS LLC only with prejudice.

    Dated this April 30, 2025.

                                                     Respectfully Submitted,

                                         **THE LAW OFFICE OF RAMON J. DIEGO,**
                                         *Attorneys for Plaintiff*
                                         5001 SW 74th Court, Suite 103
                                         Miami, FL, 33155
                                         Telephone: (305) 350-3103
                                         Primary E-Mail: ramon@rjdiegolaw.com

                                         By: ____*/s/ Ramon J. Diego*_____
                                         RAMON J. DIEGO
                                         Florida Bar No.: 689203

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 30, 2025.

       Respectfully Submitted,

       **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
       *Attorneys for Plaintiff*
       5001 SW 74th Court, Suite 103
       Miami, FL, 33155
       Telephone: (305) 350-3103
       Primary E-Mail: ramon@rjdiegolaw.com

       By: _/s/ Ramon J. Diego_____
         RAMON J. DIEGO